UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24CR00413 JAR |
| ) | |
| CRYLAND ROBINSON, ) | |
| ) | |
| Defendant. ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Stephen R. Welby (ECF No. 210).  On June 15, 2025, Defendant Robinson filed a Motion to Suppress Evidence (ECF No. 153) and a Motion to Suppress Search Warrant (ECF No. 154), and on June 16, 2025, Defendant Robinson filed a Motion to Suppress Evidence II (ECF No. 157).  Magistrate Judge Welby recommends the Court deny all three of Defendant's Motions.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Stephen R. Welby, who filed a Report and Recommendation on October 31, 2025 (ECF No. 210).  Neither party has filed objections or otherwise responded to the Report and Recommendation, and the time to do so has passed.  After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

1

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [210] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence [153] is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Suppress Search Warrant [154] is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence II [157] is **DENIED**.

Dated this 17th day of November, 2025.

*/s/ John A. Ross*

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE